STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Acting Director, Office of Immigration Litigation
District Court Section
STACEY I. YOUNG
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA DIN,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN F. KERRY,<br><br>  Defendants. | **CIV. No. 10-533-JST**<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate pursuant to Civ. L.R. 6-2 and 7-12, subject to approval of the Court, to reset the Initial Case Management Conference currently set for May 14, 2014, to June 11, 2014, and the Case Management Statement deadline currently set for April 30, 2014, to May 30, 2014. The parties stipulate to these extensions not for the purpose of delay, but because Defendant's new deadline to file a petition for *certiorari* in the Supreme Court, following the Ninth Circuit's denial to rehear its reversal and remand of this case for further proceedings (No. 10-16772, ECF No. 31 (9th Cir. May 23, 2013)), is May 23, 2014.

| | |
|---|---|
| Dated: April 29, 2014 | Respectfully submitted, |
| | STUART F. DELERY<br>Assistant Attorney General<br>Civil Division |
| | COLIN KISOR<br>Acting Director<br>Office of Immigration Litigation<br>District Court Section |
| | /s/ Stacey I. Young<br>STACEY I. YOUNG<br>Senior Litigation Counsel<br>United States Department of Justice<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-7171<br>E-mail: stacey.young@usdoj.gov |
| | *Attorneys for Defendant* |
| | /s/ Heidi Larson Howell<br>HEIDI LARSON HOWELL<br>Sidley Austin LLP<br>555 W. Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>United Sta<br>213-896-6106<br>213-896-6600 (fax)<br>hhowell@sidley.com |
| | *Attorneys for Plaintiff* |

**ORDER**

Pursuant to the stipulation, it is so ordered.

Date:  April 30, 2014

JON
Unite

IT IS SO ORDERED
Judge Jon S. Tigar

2