STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN A. KISOR
Acting Director, Office of Immigration Litigation
District Court Section
WILLIAM C. SILVIS
STACEY I. YOUNG
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA DIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN F. KERRY,<br><br>　　　　Defendant. | **CIV. No. 10-533-JST**<br><br>**STIPULATION TO STAY CASE; and [PROPOSED] ORDER** |

　　　　Pursuant to Civ. L.R. 6-2 and 7-12, the parties, through their undersigned attorneys, hereby stipulate to stay this case in light of the petition for *certiorari* that Defendant filed with the United States Supreme Court on May 23, 2014. The parties agree that they will file a status report with this Court within one week of the Supreme Court's grant or denial of *certiorari*. The parties do not stipulate to this stay for the purpose of delay, but because the questions before the Supreme Court are germane to the issues before this Court and should be resolved before the parties proceed.

Dated: May 29, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
Civil Division

COLIN A. KISOR
Acting Director
Office of Immigration Litigation
District Court Section

WILLIAM C. SILVIS
Acting Assistant Director

/s/ Stacey I. Young
STACEY I. YOUNG
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7171
E-mail: stacey.young@usdoj.gov

*Attorneys for Defendant*

/s/ Heidi Larson Howell
HEIDI LARSON HOWELL
Sidley Austin LLP
555 W. Fifth Street, Suite 4000
Los Angeles, CA 90013
United Sta
213-896-6106
213-896-6600 (fax)
hhowell@sidley.com

*Attorneys for Plaintiff*

**ORDER**

Pursuant to the stipulation, it is so ordered.

Date: May 30, 2014



IT IS SO ORDERED
Judge Jon S. Tigar