UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA DIN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN F. KERRY, et al.,<br><br>        Defendants. | Case No. 10-cv-00533-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 40 |

The Clerk reopened this case after the United States Court of Appeals for the Ninth Circuit reversed this Court's decision granting Defendants' motion to dismiss. Din v. Kerry, 718 F.3d 856 (9th Cir. 2013). On May 30, 2014, this Court stayed the case in light of the petition for certiorari that Defendant had filed with the United States Supreme Court on May 23, 2014. ECF No. 36. On June 15, 2015, the United States Supreme Court vacated the Ninth Circuit's judgment and remanded the case to the Ninth Circuit. Kerry v. Din, 135 S. Ct. 2128 (2015). On remand, the Ninth Circuit affirmed this court's previous judgment dismissing the case in light of the Supreme Court's opinion. Din v. Kerry, No. 10-16772, 2015 WL 5026059 (9th Cir. Aug. 26, 2015).

In light of the foregoing, this case is now dismissed with prejudice, and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 9, 2015

                                                      JON S. TIGAR
                                               United States District Judge